ANDREW V. BEAMAN  #2914-0
BETHANY C.K. ACE  #8469-0
CHUN, KERR, DODD, BEAMAN & WONG,
a Limited Liability Law Partnership
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813
Telephone: (808) 528-8200
Facsimile: (808) 536-5869
Email: abeaman@ckdbw.com; bace@ckdbw.com

Attorneys for Plaintiffs
ROBERT V. GUNDERSON, JR. and
ANNE D. GUNDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT V. GUNDERSON, JR. and ANNE D. GUNDERSON, | ) CASE NO. 08-CV-00533-KSC ) ) |
| Plaintiffs, | ) ORDER GRANTING PLAINTIFFS' ) MOTION FOR APPROVAL OF |
| vs. | ) SUPERSEDEAS BOND AND FOR STAY ) OF ENFORCEMENT OF ORDER |
| MAUNA KEA PROPERTIES, INC., a Hawaii corporation; and MAUNA KEA DEVELOPMENT CORP., a  Hawaii corporation, | ) AWARDING ATTORNEYS' FEES AND ) COSTS ) ) ) [RELATES TO #180] |
| Defendants/ Third-Party Plaintiffs, | ) ) ) ) |
| vs. | ) ) |
| COUNTY OF HAWAII, | ) ) |
| Third-Party Defendants. | ) ) ) |

ORDER GRANTING PLAINTIFFS' MOTION FOR
APPROVAL OF SUPERSEDEAS BOND AND FOR STAY
OF ENFORCEMENT OF ORDER AWARDING ATTORNEYS' FEES AND COSTS

Plaintiffs' Motion for Approval of Supersedeas Bond and for Stay of Enforcement of Order Awarding Attorneys' Fees and Costs was filed herein on June 27, 2011 [Docket No. 180]. The hearing on this matter was held before the Honorable Kevin S. C. Chang at 9:30 a.m. on August 22, 2011; Andrew V. Beaman appeared for Plaintiffs; and Melvyn M. Miyagi appeared for Defendants.

The Court having considered the written submissions and the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   That Plaintiffs' Motion for Approval of Supersedeas Bond and for Stay of Enforcement of Order Awarding Attorneys' Fees and Costs filed herein on June 27, 2011 is hereby GRANTED.

2.   The amount of the bond will be $316,138.35.

3.   The proposed supersedeas bond will be amended to include a reference to the stay of the Order Granting in Part and Denying in Part Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Motion for Attorneys' Fees and Costs, filed herein on February 23, 2011 [Docket No. 166].

4.   That upon filing the amended supersedeas bond, there will be a stay on enforcement of the following orders (1) Order Granting in Part and Denying in Part Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Motion for

Attorneys' Fees and Costs, filed herein on February 23, 2011 [Docket No. 166] and (2) Order Awarding Attorneys' Fees and Costs, filed herein on May 9, 2011, [Docket No. 173], pending the outcome of Plaintiffs' Notice Appeal from Order Awarding Attorneys' Fees and Costs, filed herein on June 27, 2011.

DATED:  Honolulu, Hawaii, September 13, 2011.



_____
Kevin S.C. Chang
United States Magistrate Judge


APPROVED AS TO FORM:


/s/ Melvyn M. Miyagi
MELVYN M. MIYAGI

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.


================
ROBERT V. GUNDERSON, JR., et al., v. MAUNA KEA PROPERTIES, INC., et al., CASE NO. 08-CV-00533-KSC; ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR STAY OF ENFORCEMENT OF ORDER AWARDING ATTORNEYS' FEES AND