# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 08-00533KSC |
| CASE NAME: | Robert V. Gunderson, Jr., et al. v. Mauna Kea Properties, Inc., et al. |
| ATTYS FOR PLA: | Andrew V. Beaman |
| ATTYS FOR DEFT: | Brian A. Kang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 03/20/2013 | TIME: | 9:07-9:10am |

COURT ACTION:  EP:  Further Status Conference Re: Appeal.  Counsel updated the Court with regards to status.  Further Status Conference Re: Appeal set for 9/10/2013 at 9:00am before Judge Chang.

Submitted by: Theresa Lam, Courtroom Manager